UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BOBBY WILLIAMS,

        Plaintiff,

   v.

JENNY ESPINOZA,

        Defendant.

Case No. 16-cv-06439-VC (RMI)

**REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING**

A settlement conference was held on March 22, 2018 at San Quentin State Prison, with a second settlement conference held by telephone on April 12, 2018. The results of those proceedings are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, and each possessed the requisite settlement authority:

   ( X ) Plaintiff, Bobby Williams, Pro Se.

   (  ) Warden or warden's representative

   ( X ) Office of the California Attorney General, Craig Eugene Modlin.

   (  ) Other:

(2) The following individuals, parties, and/or representatives did not appear:

_____

(3) The outcome of the proceeding was:

   ( X ) The case has been completely settled.

   (  ) The case has been partially resolved and counsel for defendants shall file a joint stipulation regarding those claims which have been resolved. The issues outlined on the sheet attached remain for this Court to resolve.

( ) The parties are unable to reach an agreement at this time.

**IT IS SO ORDERED.**

Dated: April 12, 2018

_____
ROBERT M ILLMAN
United States Magistrate Judge